# UNITED STATES DISTRICT COURT
## District of Minnesota

Inais Vazquez Llizo,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1655 NEB/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Clerk of Court is directed to transfer this case to the United States District Court for the District of New Mexico.

Date: 3/4/2026

KATE M. FOGARTY, CLERK